# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY CARLSON, as Personal Representative of the Estate of Michael W. Kopejtka; <br><br> Plaintiff, <br><br> vs. <br><br> HUSKER STEEL, INC., A Nebraska For-Profit Corporation; <br><br> Defendant. | 8:24CV468 <br><br> ORDER |

This matter is before the Court following a status conference held by telephone with counsel for the parties on June 11, 2025. Counsel have advised the court that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 11th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge